1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

LESLIE ARCHER, et al.,

             Plaintiffs,

v.

BANK OF AMERICA
CORPORATION, et al.,

             Defendants.

2:11-CV-1264 JCM (LRL)

**ORDER**

Presently before the court is plaintiffs' motion for an order shortening time pursuant to Local Rule 6-1.  (Dkt. 23).  Defendants have not opposed the motion.

Temporary restraining orders issued by state courts prior to removal of a case remain in force after removal no longer than they would have remained in effect under state law, and in no event do such orders remain in force longer than the time limitations imposed by Federal Rule of Civil Procedure 65(b).  *See Granny Goose Foods, Inc. v. Brotherhood of Teamsters & Auto Truck Drivers,* 415 U.S. 423, 439-40 (1974).

Here, the temporary restraining order issued by the state court remains in effect until August 19, 2011.  This was the original date for the preliminary injunction hearing in state court.  Good cause being shown in the motion for order shortening time, the court will schedule the hearing for preliminary injunction for August 19, 2011.  Defendants must file their opposition to the motion for . . .

**James C. Mahan**
**U.S. District Judge**

preliminary injunction by August 15, 2011 and any reply by plaintiffs must be filed by August 17, 2011.

Accordingly,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that plaintiffs motion to shorten time (dkt. 23) be, and the same hereby is, GRANTED and a hearing on the motion for preliminary injunction (dkt. 22) is set for August 19, 2011 at 10:00 AM.

DATED August 12, 2011.

_____
**UNITED STATES DISTRICT JUDGE**

**James C. Mahan**
**U.S. District Judge**